1  Name: Douglas William Flaugher
2  Address: 611 K street Box 444
            San Diego C.A. 92101
3  Telephone Phone: (619) 206-4975
4  Email:

FILED

17 JUL 25 AM 11:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ MPL DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case No.: **'17 CV 1501 BEN WVG**
(assigned at time of filing)

Douglas William Flaugher
                        Plaintiff(s),

v.

San Diego Police Department "Jon Doe",
                        Defendant(s).

**COMPLAINT**

I.  **RELATED CASES**

   a.  Do you have other Civil Case(s) in this or any other federal court?

       ☐ Yes    ☒ No

   b.  If yes, please list the case numbers here:    NONE Pending...

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

saturday night during the baseball game at Petco Park 7th inning 2015, , I was choked by a officer of the San Diego Authorities. I was wrestled down and put in a choke hold (arm around neck) by the "Jon Doe" officer. I was attacked by the police and attempted murder was assembled. Officer "Jon Doe" was never prosicuted, nor disaplined. The attempted murder was in the presences of thousands of spectators, at Pet-Co Park.

A complaint was formally submitted with the city of San Diego, and never responded too. Becouse of this neglect, I was forced to file civil complaint.

Becouse of local ordinance, "Law" I was unable to obtain evidence to support claim, I was not allowed to obtain the police report becouse this charge "resisting arrest" was met under plea argreement (three years probation). A verdict a conclusion to this case was made, and Plea agreement — thuss enabled me to obtain Police report for $12.00. And without the ableity to obtain evidence, and with having a Local ordinence not allowing a police report, I was not able to resolve the claim with a Arbortrator, (due to local policies). Thuss, once again leaving me to resolve complaint with Civil Court. I suffer from mental illness's eversince 1985. I am disabled mentally, and this incident coused mental suffering, by humiliation, agression and disrespect from "Jon Doe" Defendants; San Diego Police.

2

**III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

Discovering which officers involved in this inncident - chokeing me - attempted murder, Pisliplinary actions or prosicution, for preventing future assults. 500,000.00 Five Hundred Thousand dollars for pain and mental Suffering. Paid in full, cash, by the peoples involved. These local authorities should take responceabilites for their actions, This is dishonor to the badge, make 'em pay.

**IV.   DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☐ Yes   ☒ No

I declare under penalty of perjury that the foregoing is true and correct.

7-25-2017
Date

Signature: *Douglas W. Flaugher*

Printed Name: Douglas W. Flaugher

4